UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IRMA RAMIREZ**, <br> Plaintiff, <br> v. <br> **500 MISSION PLAZA, ET AL.**, <br> Defendants. | Case No. 15-cv-01911-YGR <br><br> **ORDER RE: JOINT CASE STATUS STATEMENT; SETTING COMPLIANCE HEARING** |

The instant action having been reassigned for all further proceedings to the undersigned, the parties are directed to file a joint statement regarding the status of the case no later than Friday, November 13, 2015.

A compliance hearing regarding the case status shall be **SET** for **Friday, November 20, 2015,** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. If the joint status statement is filed timely, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Dated: November 3, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**