# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ,<br><br>            Plaintiff,<br><br>   v.<br><br>500 MISSION PLAZA, et al.,<br><br>            Defendants. | Case No. 15-cv-01911-JSC<br><br>**ORDER TO PLAINTIFF TO PROVIDE STATUS REPORT** |

In the parties' Joint Case Status Statement filed November 13, 2015 (Dkt. No. 13), Plaintiff advised that she had made a demand on Defendants and in the event Defendants did not respond by November 30, 2015 Plaintiff would file a notice of need for mediation. No such notice has been filed. Accordingly, Plaintiff shall file a report updating the Court on the status of the case on or before January 27, 2016.

**IT IS SO ORDERED.**

Dated: January 12, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge